# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

BRETT RICHTER and UNITED )
HEALTHCARE OF WISCONSIN, )
)
      *Plaintiffs,* ) Case No. 2:24-cv-01424-JPS
)
v. )
)
WMK, LLC d/b/a MOBILITYWORKS, )
MOBILITYWORKS, WMK HOLDINGS, )
INC., WMK EQUITY HOLDINGS, INC., )
HARTFORD FIRE INSURANCE CO., THE )
BRAUN CORPORATION d/b/a )
BRAUNABILITY, and ABC INS. CO., )
)
      *Defendants.* )
)

## ORDER TO AMEND THE JOINT PROPOSED SCHEDULING PLAN

IT IS HEREBY ORDERED that the Stipulation to Amend the Joint Proposed Scheduling Plan of the parties is granted and shall stand as the Order of this Court as follows:

- Plaintiff's expert report for their human factor's expert: August 18, 2025.

- Plaintiffs shall make their human factors expert available for deposition September 18, 2025.

- Defendants' expert reports for their human factors experts: November 3, 2025.

- Defendants shall make their human factors experts available for deposition: December 15, 2025.

- Dispositive motions and Rule 702 Motions related to the human factors experts shall be due on or before March 16, 2026

All other deadlines in the Joint Proposed Scheduling Plan (Dkt. 26) shall remain the same.

Dated at Milwaukee, Wisconsin, this \_\_\_\_ day of _____, 2025.

                                         Honorable J.P. Stadtmueller
                                         U.S. District Judge